FILED

2019 APR -2 PM 1:35

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **4 : 19 CR 205** |
| v. | ) | CASE NO. |
| | ) | Title 21, United States Code, |
| ROBIN RUTLEDGE, | ) | Sections 841(a)(1), (b)(1)(C), |
| | ) | and (b)(1)(D); Title 18, |
| Defendant. | ) | United States Code, Sections |
| | ) | 922(g)(1), 924(a)(2) and |
| | ) | 924(c)(1)(A)(i) |

JUDGE GWIN

COUNT 1
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about April 11, 2018, in the Northern District of Ohio, Eastern Division,
Defendant ROBIN RUTLEDGE knowingly and intentionally possessed with intent to distribute
a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled
substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 2
(Possession with Intent to Distribute Marijuana, 21 U.S.C. §§ 841(a)(1) and (b)(1)(D))

The Grand Jury further charges:

2. On or about April 11, 2018, in the Northern District of Ohio, Eastern Division,
Defendant ROBIN RUTLEDGE knowingly and intentionally possessed with intent to distribute
a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled
substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT 3
(Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

3. On or about April 11, 2018, in the Northern District of Ohio, Eastern Division, Defendant ROBIN RUTLEDGE, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that is: Aggravated Assault in Mahoning County Common Pleas Court, Case Number 98-CR-318 on or about September 22, 1999, did knowingly possess in and affecting interstate and foreign commerce firearms, those are: a Glock, Model 23, .40 caliber pistol, serial number XXY756; a Smith & Wesson, Model M&P 15, .223 caliber rifle, serial number 44132; a Rock Island Armory, Model 1911 A1, .45 caliber pistol, serial number R1A1275827; a Ruger, Model 10/22, .22 caliber pistol, serial number 231-88680; a Mossberg, 20 gauge shotgun, serial number L781257; a Benelli, 12 gauge shotgun, serial number 068710; Sportarms of Florida, .22 caliber pistol, serial number 013906; and assorted ammunition, said firearms and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 4
(Possession of Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

4. On or about April 11, 2018, in the Northern District of Ohio, Eastern Division, Defendant ROBIN RUTLEDGE did knowingly possess firearms, those are: a Glock, Model 23, .40 caliber pistol, serial number XXY756; a Ruger, Model 10/22, .22 caliber pistol, serial number 231-88680; and a Sportarms of Florida, .22 caliber pistol, serial number 013906, in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, those are, possession with intent to distribute cocaine, a Schedule II controlled substance,

2

as charged in Count 1 of this indictment, and possession with intent to distribute marijuana, a
Schedule I controlled substance, as charged in Count 2 of this indictment, in violation of Title
18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE

The Grand Jury further charges:

5.   The allegations contained in Counts 1-4 of this Indictment are hereby re-alleged and
incorporated by reference, as if fully set forth herein, for the purpose of alleging forfeiture
pursuant to the provisions of Title 21, United States Code, Section 853 (drug offenses) and
Title18, United States Code, Section 924(d)(1) / Title 28, United States Code, Section 2461(c)
(firearms offenses).  As a result of these offenses, Defendant shall forfeit to the United States:
any and all property constituting, or derived from, any proceeds Defendant obtained, directly or
indirectly, as the result of the drug offenses; any and all of Defendant's property used or intended
to be used, in any manner or part, to commit or to facilitate the commission of the drug offenses;
and, any and all firearms and ammunition involved in or used in the commission of the firearms
offenses; including, but not limited to, the following:

a.   $70,079 in U.S. Currency possessed by Defendant on April 11, 2018.

b.   Glock, Model 23, .40 caliber pistol, serial number XXY756, possessed by
Defendant on April 11, 2018.

c.   Smith & Wesson, Model M&P 15, .223 caliber rifle, serial number 44132,
possessed by Defendant on April 11, 2018.

d.   Rock Island Armory, Model 1911 A1, .45 caliber pistol, serial number
R1A1275827, possessed by Defendant on April 11, 2018.

3

e. Ruger, Model 10/22, .22 caliber pistol, serial number 231-88680, possessed by Defendant on April 11, 2018.

f. Mossberg, 20 gauge shotgun, serial number L781257, possessed by Defendant on April 11, 2018.

g. Benelli, 12 gauge shotgun, serial number 068710, possessed by Defendant on April 11, 2018.

h. Sportarms of Florida, .22 caliber pistol, serial number 013906, possessed by Defendant on April 11, 2018.

i. Assorted ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.