Dear Judge James S. Gwin,

     With these preceedings that are set forth in front of me, I am very disappointed in myself. I not only let myself down, I let the ones who love me down as well. I feel that owning up to these responsibilities is the right thing to do. I have an eleven year old daughter in which I would love to witness as she becomes a young lady. You know "Her Wonder Years". Becoming a teenager is maybe the most crucial moments in a child's life. I believe that I have much to offer to my daughter. My failures and my virtues can make her a better person. It's my job to inform her that my failures are wrong and my virtues are those to be followed. I have raised one of my children by myself and she turned out to be a great mom and now has a nursing degree to add to her sucess. My other three daughters are hardworking women as well. I have three neices which whom claim me as their dad because I filled in the void that they were missing in their life. A U.S. post office manager, a pharmacist, and a registered nurse, I have four step-sons to add to that list. One of those men attended Michigan and went on to become a NFL pro athlete for the Pittsburgh Steelers. One of the others served eight years in the U.S. military. All of my children, biological, nieces, nephews, and step kids work hard for a living and I believe that I had a lot to contribute to their hard work. I also have a special woman in my life in which change can be the best for the both of us. I will become a better father, grandfather, and a better member of my community. Sometimes a better lesson is taught through experience, and this is a life learning experience for me. I am forty eight years old now and the rest of my days are gonna be worth every second. Whatever schooling, programs, trades, or any other kind of lessons that are to be offered "I am looking forward to the challenge". Within this facility I have been doing a lot of soul searching. I am going to use my physical and mental capabilities to the fullest. They say that "things happen for a reason", well I am going to take this reason to strengthen my mind, my logic, and to be more understanding towards life and to others. I have working skills, and I am going to work much harder to become that better man which is within me. I have mentioned before that I have many of my friends and loved ones who would love to write you a letter on my behalf, but it is not their responsibility to explain to you or the court for that matter, of what kind of person that I am. With all due respect sir "It's mine". To end what I had to say, I ask that you take my words to be sincere, and I apologize to the United States Government for the lack of responsibility upon my behalf.

                                                             Thank you Sir,

                                                             Robin Rutledge

*Robin Rutledge*

Robin Rutledge 66541060
NE Ohio Correctional Center
2240 Hubbard Road
Youngstown, Ohio 44505

CLEVELAND OH 440

01 OCT 2019 PM 2 L



Judge James S. Gwin
Carl B. Stokes United States Courthouse
801 West Superior Ave Courtroom 18A
Cleveland, Ohio 44113-1838

Core Civic/NEOCC has neither inspected nor censored and will not be responsible for the contents.

44113-183681